

**MEMO ENDORSED.**

MAIL: P.O. Box 302068, Austin, Texas 78703

jlloyd@millerlloyd.com | MILLERLLOYD.COM
T: 512.694.5578 | F: 512.532.6882

January 2, 2026

The Honorable Magistrate Judge Ona Wang
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Via:    ECF Filing

Re:    *321 Precision Conversions LLC v. Spectre Cargo Solutions LLC*, Cause No. 1:25-cv-
       07304-DEH-OTW, in the U.S. District Court for the Southern District of New York

Dear Judge Wang:

We are the attorneys for Defendant Spectre Air Capital LLC in the above-referenced case.

Plaintiff filed the Second Amended Complaint on December 17, 2025.  Under an earlier stipulation permitting the filing of the Second Amended Complaint,  Defendant Spectre Air Capital LLC stated its intent to file a Motion to Dismiss the Second Amended Complaint under Rule 12(b)(2) and (6) by January 5, 2026.  (ECF #35, ¶4)

Due to the intervening holidays, Spectre Air Capital LLC respectfully requests an extension of two days until January 7, 2026 to file its Motion to Dismiss.[1] This is the first request for an extension of this deadline. Counsel for Plaintiff 321 Precision Conversions, LLC consents to this request.  The parties have agreed Plaintiff will file its Response to the Motion on January 26, 2026 and Spectre Air Capital LLC will file its Reply on February 6, 2026.

Respectfully Submitted,

   /s/ Jennifer A. Lloyd
Jennifer A. Lloyd, Esq.
Counsel for Defendant Spectre Cargo Solutions, LLC
Admitted Pro Hac Vice

Cc: Chelsea Mikula, Esq. (Via ECF)
Smita Gautham, Esq. (Via ECF)
Edward Heppt, Esq. (Via ECF)

Application **GRANTED.**

_____
Ona T. Wang                     January 5, 2026
U.S.M.J.

---

[1] This request is made subject to and without waiving Spectre Air Capital's objection to personal jurisdiction in New York.