**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

321 PRECISION CONVERSIONS LLC,

Plaintiff,

-against-

SPECTRE CARGO SOLUTIONS LLC,

Defendant.

25-CV-7304 (DEH) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of parties' consent letter motion to extend discovery and pretrial deadlines. (ECF 68). Fact discovery is hereby **EXTENDED** to **Friday, November 6, 2026**, without prejudice to further extensions.

The Court will hold a status conference in this matter on **Wednesday, November 4, 2026, at 11:30 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties are directed to submit a revised case management plan by **Monday, November 2, 2026**.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 2, 2026
New York, New York