UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 321 PRECISION CONVERSIONS LLC,<br><br>Plaintiff,<br><br>- against -<br><br>SPECTRE CARGO SOLUTIONS LLC and SPECTRE AIR CAPITAL LLC,<br><br>Defendants. | Case No. 25 Civ. 07304 (DEH) (OTW)<br><br>**STIPULATION AND AMENDMENT TO PROTECTIVE ORDER** |

WHEREAS, the Parties having conferred and agreed to amend the terms of confidentiality set forth in the Stipulation and Protective Order (Dkt. 54) to add protection for highly confidential documents and information with a designation of "For Attorneys' or Experts' Eyes Only," and the Court having found that good cause exists for the amendment pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the following restrictions and procedures shall apply to the information and documents exchanged by the parties in connection with the pre-trial phase of this action:

1. Counsel for any party may designate any documents or information, in whole or in part, as "For Attorneys' or Experts' Eyes Only" ("AEO Information") if counsel determines, in good faith, that such designation is necessary to protect the interests of the client in information that is of a sufficiently high degree of commercial sensitivity and/or would result in competitive injury if disclosed, and so-designated information is believed in good faith to be unknown to the opposing party or parties. Information and documents designated by a party as "For Attorneys' or Experts' Eyes Only" shall be stamped "AEO."

2. The provisions of Sections 2, 3, 5, 6, 7, 8, 10 of the Protective Order (Dkt. 54) shall apply equally to AEO Information as to Confidential Information.

3. Section 4 of the Protective Order (Dkt. 54) is amended to the extent all documents designated as "AEO Information" may not be disclosed to any person, except:
   a. The requesting party's retained outside counsel (not to include in-house counsel for such party);
   b. Employees of such counsel assigned to and necessary to assist in the litigation;
   c. Consultants or experts assisting in the prosecution or defense of

this matter,and their administrative or clerical staff, to the extent deemed necessary by counsel, and only upon signing a document in provided that, before disclosure of the AEO Information to said persons, each shall execute a Confidentiality Acknowledgement substantially similar to the form attached hereto as "Attachment A" (copies of which shall be retained by counsel for each party); and

d. The Court (including the mediator, or other person having access to any AEO information by virtue of his or her position with the Court).

4. Section 9 of the Protective Order is amended to apply a presumption that AEO Information shall be filed with the Court under seal, unless the Court orders de-designation of the AEO Information or the parties meet and confer in good faith and agree to (1) withdraw the AEO designation prior to filing or (2) redact the AEO Information from the copy filed with the Court.

**SO STIPULATED AND AGREED**.

Dated: August 26, 2026

TUCKER ELLIS LLP

By: __/s/ Smita Gautam______________
Chelsea R. Mikula
(admitted *pro hac vice*)
Smita Gautam
(admitted *pro hac vice*)

950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
Tel: (216) 592-5000
chelsea.mikula@tuckerellis.com
smita.gautam@tuckerellis.com

- and -

Dated: August 26, 2026

MILLER LLOYD PC

By:___/s/ Jennifer A. Lloyd__________
Jennifer A. Lloyd
(admitted *pro hac vice*)

P.O. Box 302068
Austin, Texas 78703
Tel: (512) 694-5578
jlloyd@millerlloyd.com

- and -

Maha M. Kabbash
TUCKER ELLIS LLP
1776 On the Green
67 E Park Place, Suite 900
Morristown, New Jersey 07960
Tel: (862) 261-2532
maha.kabbash@tuckerellis.com

*Attorneys for Plaintiff*
*321 Precision Conversions LLC*

SMITH, GAMBRELL & RUSSELL, LLP
Edward J. Heppt
1301 Avenue of the Americas, 15th Floor
New York, New York 10019
Tel: (212) 907-9700
eheppt@sgrlaw.com

*Attorneys for Defendants*
*Spectre Cargo Solutions LLC and*
*Spectre Air Capital LLC*

**SO ORDERED.**

Dated: New York, New York

November 4, 2026

**Ona T. Wang**
United States Magistrate Judge

# ATTACHMENT A

## CONFIDENTIALITY ACKNOWLEDGEMENT

I acknowledge that I have read and understand the Stipulation and Protective Order (Dkt. 54) and the Stipulation and Amendment to Protective Order (Dkt. ___) entered into by and among the parties and made Orders of the Court in the matter of *321 Precision Conversions LLC v. Spectre Cargo Solutions LLC, et al.*, Case No. 1:25-cv-07304-DEH-OTW, in the U.S. District Court for the Southern District of New York.

I qualify under its provisions as consultant or expert (or administrative or clerical staff thereof) who may access to highly confidential documents and information deemed "For Attorneys' or Experts' Eyes Only." I will abide by the terms and provisions set forth in the Stipulation and Protective Order (Dkt. 54) and the Stipulation and Amendment to Protective Order (Dkt. ___) and subject myself to the personal jurisdiction of this Court to enforce its terms.

| | |
|---|---|
| **Dated:** ___________________________ | **Signed:** ________________________________<br>**Print Name:** ____________________________<br>**Company:** ______________________________<br>**Title:** __________________________________ |